Andrew T. Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. (805) 653-0284
FAX: (805) 653-7225
Email: andrewtkoenig@hotmail.com

Attorney for Plaintiff Roxanna Robison

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROXANNA ROBISON, | CASE NO. CV-09-05533-FMO |
| Plaintiff, | ORDER AWARDING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COURT COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to Justice Act in the amount of FOUR-THOUSAND SEVEN-HUNDRED SIXTY-FOUR DOLLARS AND FIFTY-SIX CENTS ($4,764.56), as authorized by 28 U.S.C. § 2412(d), and Court costs in the amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00) pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation. Plaintiff's previously filed motion for EAJA fees and costs is hereby dismissed.

Dated: 4/27/11

/s/
UNITED STATES MAGISTRATE JUDGE

1